**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Anthony** <br> First name <br><br> **M.** <br> Middle name <br><br> **Montemurro** <br> Last name and Suffix (Sr., Jr., II, III) | **Virginia** <br> First name <br><br> **J.** <br> Middle name <br><br> **Montemurro** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3856 | xxx-xx-7758 |

Debtor 1   **Anthony M. Montemurro**
Debtor 2   **Virginia J. Montemurro**

Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**Anthony M. Montemurro, Attorney at Law**

Business name(s)

36-385-7441

EINs

☑ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**5732 N. Kerbs**
**Chicago, IL 60646**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Anthony M. Montemurro**
Debtor 2   **Virginia J. Montemurro**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **Anthony M. Montemurro**
Debtor 2   **Virginia J. Montemurro**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is
needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Anthony M. Montemurro**
Debtor 2    **Virginia J. Montemurro**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

3/31/17  1:22PM

| Debtor 1 | Anthony M. Montemurro |
| Debtor 2 | Virginia J. Montemurro |

Case number *(if known)* _____

---

**Part 6:**  **Answer These Questions for Reporting Purposes**

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17.** **Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Part 7:**  **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **Anthony M. Montemurro** | **Virginia J. Montemurro** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on _____ | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

---

| Debtor 1 | **Anthony M. Montemurro** | | |
| Debtor 2 | **Virginia J. Montemurro** | Case number *(if known)* | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date _____

Signature of Attorney for Debtor _____  MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**  Email address _____

**06183741**
Bar number & State

Certificate Number: 17082-ILN-CC-029008646



17082-ILN-CC-029008646

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 30, 2017</u>, at <u>10:38</u> o'clock <u>AM MST</u>, <u>ANTHONY M MONTEMURRO</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 30, 2017</u>          By:     <u>/s/Orsolya K Lazar</u>

                                       Name:   <u>Orsolya K Lazar</u>

                                       Title:   <u>Executive Director</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 17082-ILN-CC-029008645



17082-ILN-CC-029008645

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 30, 2017, at 10:37 o'clock AM MST, VIRGINIA J MONTEMURRO received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   March 30, 2017                By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Debtor 1  Anthony M. Montemurro

Debtor 2  Virginia J. Montemurro

Case number *(if known)* _____

---

**Part 6:**  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☑ 1-49

☐ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

☑ $1,000,001 - $10 million

☐ $10,000,001 - $50 million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

☑ $1,000,001 - $10 million

☐ $10,000,001 - $50 million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

---

**Part 7:**  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Anthony M. Montemurro | Virginia J. Montemurro |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

---

Debtor 1    Anthony M. Montemurro
Debtor 2    Virginia J. Montemurro

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor

Date    **March 30, 2017**
MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, Number, City, State & ZIP Code

Contact phone    **312-641-6777**        Email address

**06183741**
Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Anthony M. Montemurro** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Virginia J. Montemurro** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**    **AFCO**
**PO Box 4795**
**Carol Stream, IL 60197**

What is the nature of the claim?  _____    $ **$2,217.60**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

_____
■ No
_____    ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact                    Value of security:    - $ _____
_____                Unsecured claim    $ _____
Contact phone

**2**    **AT&T**
**PO Box 5014**
**Carol Stream, IL 60197**

What is the nature of the claim?  _____    $ **$586.11**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

_____
■ No
_____    ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact                    Value of security:    - $ _____

B104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Anthony M. Montemurro** | | |
|---|---|---|---|
| Debtor 2 | **Virginia J. Montemurro** | Case number *(if known)* | |

| Contact phone | | Unsecured claim | $ |

---

| **3** | | What is the nature of the claim? | E204 | $ **$1,450.00** |

**Beachview**
**c/o Resort Management**
**815 Bald Eagle Drive**
**Marco Island, FL 34145**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **4** | | What is the nature of the claim? | C101 | $ **$1,450.00** |

**Beachview**
**c/o Resort Management**
**815 Bald Eagle Drive**
**Marco Island, FL 34145**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **5** | | What is the nature of the claim? | Insurance Policies for Anthony and Virginia Montemurro | $ **$800.00** |

**Blue Cross Blue Shield of Illinois**
**Dept. 0038**
**Palatine, IL 60055-5000**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **6** | | What is the nature of the claim? | | $ **$425.00** |

**Chicagoland Survey Co.**
**6501 W. 65th St.**
**Chicago, IL 60638**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Anthony M. Montemurro**
Debtor 2    **Virginia J. Montemurro**                                    Case number *(if known)*

_____

■ None of the above apply

**Does the creditor have a lien on your property?**

_____

■ No

Contact                                □ Yes. Total claim (secured and unsecured)    $ _____
                                            Value of security:              - $ _____
Contact phone                               Unsecured claim                $ _____

---

**7**    **Comenity Bank (Carsons)**          What is the nature of the claim?    _____    $ **2,500.00**
        **PO Box 182273**
        **Columbus, OH 43218**              As of the date you file, the claim is: Check all that apply
                                            □ Contingent
                                            □ Unliquidated
                                            □ Disputed
                                            ■ None of the above apply

_____

                                            **Does the creditor have a lien on your property?**

_____

                                            ■ No

Contact                                □ Yes. Total claim (secured and unsecured)    $ _____
                                            Value of security:              - $ _____
Contact phone                               Unsecured claim                $ _____

---

**8**    **Cuso Climate Control**           What is the nature of the claim?    _____    $ **20,000.00**
        **6097 N. Northwest Highway**
        **Chicago, IL 60631**              As of the date you file, the claim is: Check all that apply
                                            □ Contingent
                                            □ Unliquidated
                                            □ Disputed
                                            ■ None of the above apply

_____

                                            **Does the creditor have a lien on your property?**

_____

                                            ■ No

Contact                                □ Yes. Total claim (secured and unsecured)    $ _____
                                            Value of security:              - $ _____
Contact phone                               Unsecured claim                $ _____

---

**9**    **G. Ramirez Landscaping**         What is the nature of the claim?    _____    $ **2,240.00**
        **1701 Spruce Ave.**
        **Des Plaines, IL 60018**          As of the date you file, the claim is: Check all that apply
                                            □ Contingent
                                            □ Unliquidated
                                            □ Disputed
                                            ■ None of the above apply

_____

                                            **Does the creditor have a lien on your property?**

_____

                                            ■ No

Contact                                □ Yes. Total claim (secured and unsecured)    $ _____
                                            Value of security:              - $ _____
Contact phone                               Unsecured claim                $ _____

---

**10**                                     What is the nature of the claim?    _____    $ **750.00**

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Anthony M. Montemurro** |
|---|---|
| Debtor 2 | **Virginia J. Montemurro** |

Case number *(if known)* _____

**John Pieranunzi, CPA**
**1 Transam Plaza Dr., #220**
**Villa Park, IL 60181**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $ _____
   Value of security: - $ _____
   Unsecured claim $ _____

Contact _____

Contact phone _____

---

**11**

**Lord & Taylor**
**Capital One Retail Services**
**PO Box 71106**
**Charlotte, NC 28272**

What is the nature of the claim? _____ $ **$617.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $ _____
   Value of security: - $ _____
   Unsecured claim $ _____

Contact _____

Contact phone _____

---

**12**

**Magnum Auto**
**2231 E. Oakton Street**
**Arlington Heights, IL 60005**

What is the nature of the claim? _____ $ **$739.08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $ _____
   Value of security: - $ _____
   Unsecured claim $ _____

Contact _____

Contact phone _____

---

**13**

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

What is the nature of the claim? _____ $ **$3,010.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $ _____

Contact _____

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Anthony M. Montemurro** | |
|---|---|---|
| Debtor 2 | **Virginia J. Montemurro** | Case number *(if known)* |

☐

Value of security:   - $ _____

Contact phone

Unsecured claim   $ _____

---

**14**

**Peoples Gas**
**PO Box 2968**
**Milwaukee, WI 53201**

What is the nature of the claim?   $ **$1,620.44**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No

Contact

☐   Yes. Total claim (secured and unsecured)   $ _____

Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

---

**15**

**Peoples Gas**
**PO Box 2968**
**Milwaukee, WI 53201**

What is the nature of the claim?   $ **$602.33**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No

Contact

☐   Yes. Total claim (secured and unsecured)   $ _____

Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

---

**16**

**Republic Services (Garbage)**
**PO Box 9001154**
**Louisville, KY 40290**

What is the nature of the claim?   $ **$619.41**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No

Contact

☐   Yes. Total claim (secured and unsecured)   $ _____

Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

---

**17**

**Target Card Services**
**P.O. Box 660170**
**Dallas, TX 75266-0170**

What is the nature of the claim?   $ **$350.00**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
   Disputed

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Anthony M. Montemurro** | Case number *(if known)* | |
| Debtor 2 | **Virginia J. Montemurro** | |

☐
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)         $ _____

Contact                                             Value of security:    - $ _____

Contact phone                                       Unsecured claim         $ _____

---

**18**

**VideoCom Co.**
**564 Middleton Drive**
**Saint Charles, IL 60174**

What is the nature of the claim?  _____   $ **$554.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)         $ _____

Contact                                             Value of security:    - $ _____

Contact phone                                       Unsecured claim         $ _____

---

**19**

**Village of Harwood Heights**
**7300 W. Wilson Ave.**
**Harwood Heights, IL 60706**

What is the nature of the claim?  **Olcott**   $ **$5,202.11**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)         $ _____

Contact                                             Value of security:    - $ _____

Contact phone                                       Unsecured claim         $ _____

---

**20**

**Wade Contractors, Inc.**
**124 Hutchins**
**Woodstock, IL 60098**

What is the nature of the claim?  _____   $ **$6,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)         $ _____

Contact                                             Value of security:    - $ _____

Contact phone                                       Unsecured claim         $ _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **Anthony M. Montemurro** | Case number *(if known)* | |
| Debtor 2 | **Virginia J. Montemurro** | | |

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Anthony M. Montemurro**                              X  **/s/ Virginia J. Montemurro**
   **Anthony M. Montemurro**                                 **Virginia J. Montemurro**
   Signature of Debtor 1                                         Signature of Debtor 2


Date  **March 31, 2017**                                      Date  **March 31, 2017**

B 104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 7**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1      **Anthony M. Montemurro**
Debtor 2      **Virginia J. Montemurro**

Case number *(if known)* _____

**Part 2:      Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

x _____          x _____

**Anthony M. Montemurro**                              **Virginia J. Montemurro**
Signature of Debtor 1                                        Signature of Debtor 2

Date      **March 30, 2017**                              Date      **March 30, 2017**
_____                              _____

B 104 (Official Form 104)                    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**                    **Page 7**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony M. Montemurro**
**Virginia J. Montemurro**

_____
Debtor(s)

Case No. _____

Chapter    **11**  _____


## VERIFICATION OF CREDITOR MATRIX


Number of Creditors: _____    **34**



The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Date:    **March 31, 2017**
_____

**/s/ Anthony M. Montemurro**
_____
**Anthony M. Montemurro**
Signature of Debtor

Date:    **March 31, 2017**
_____

**/s/ Virginia J. Montemurro**
_____
**Virginia J. Montemurro**
Signature of Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Anthony M. Montemurro
Virginia J. Montemurro                                    Case No.
_____    Chapter    __11__
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____    **34**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March 30, 2017**                    _____
                    Anthony M. Montemurro
                    Signature of Debtor

Date:    **March 30, 2017**                    _____
                    Virginia J. Montemurro
                    Signature of Debtor

AFCO
PO Box 4795
Carol Stream, IL 60197

First Ins. Treasurer
PO Box 905483
Chicago, IL 60680

PO Box 31477
Tampa, FL 33631

.

AT&T
PO Box 5014
Carol Stream, IL 60197

Cuso Climate Control
6097 N. Northwest Highway
Chicago, IL 60631

Lord & Taylor
Capital One Retail Services
PO Box 71106
Charlotte, NC 28272

Beachview
c/o Resort Management
815 Bald Eagle Drive
Marco Island, FL 34145

First Nations Bank
1151 Butterfield Rd
Wheaton, IL 60189

Magnum Auto
2231 E. Oakton Street
Arlington Heights, IL 60005

Blue Cross Blue Shield of Illinois
Dept. 0038
Palatine, IL 60055-5000

First Nations Bank (Truck)
7757 W. Devon
Chicago, IL 60631

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Century Link
PO Box 1319
Charlotte, NC 28201

G. Ramirez Landscaping
1701 Spruce Ave.
Des Plaines, IL 60018

Peoples Gas
PO Box 2968
Milwaukee, WI 53201

Chicagoland Survey Co.
6501 W. 65th St.
Chicago, IL 60638

Illinois Depart. of Empl. Security
PO Box 3637
Springfield, IL 62708

Republic Services (Garbage)
PO Box 9001154
Louisville, KY 40290

City of Chicago
Dept. of Finance - Utility Billing
PO Box 6330
Chicago, IL 60680

Illinois Dept. of Revenue
Board of Appeals
100 W. Randolph, Suite 7-356
Chicago, IL 60610

Russ' Sewer
4331 W. Norwood St.
Chicago, IL 60646

Collier County Tax Collector
3291 E. Tamiami Trail
Naples, FL 34112

Internal Revenue Service
Cincinnati, OH 45999

Sandander Consumer USA
PO Box 105255
Atlanta, GA 30348

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

John Pieranunzi, CPA
1 Transam Plaza Dr., #220
Villa Park, IL 60181

Silver Script
PO Box 52421
Phoenix, AZ 85072

Comenity Bank (Carsons)
PO Box 182273
Columbus, OH 43218

John Weiss
Duane Morris LLP
190 S LaSalle St #3600
Chicago, IL 60603

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

Tax Relief, Inc.
1107 S. Mannheim Rd., #310
Westchester, IL 60154


VideoCom Co.
564 Middleton Drive
Saint Charles, IL 60174


Village of Harwood Heights
7300 W. Wilson Ave.
Harwood Heights, IL 60706


Wade Contractors, Inc.
124 Hutchins
Woodstock, IL 60098