UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17bk10230 |
| ANTHONY M. MONTEMURRO, | ) | |
| VIRGINIA J. MONTEMURRO, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ATTORNEYS FOR WALDEN INVESTMENT GROUP LLC., FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES [DKT. NO. 71]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 86,777.50[1] | TOTAL COSTS REQUESTED: | $ 258.00 |
| TOTAL FEES REDUCED: | $ 46,676.80 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 40,100.70 | TOTAL COSTS ALLOWED: | $ 258.00 |

## TOTAL FEES AND COSTS ALLOWED: $ 40,358.70

The above fees and costs are awarded administrative priority under 11 U.S.C. § 503(b)(4). Each counsel's portion of the above total award is addressed in each subjection.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**A.** **AWARD FOR STEPHEN PECK: $ 10,968.75 for compensation; $258.00 for expenses**

**(1)** **Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected time entries): $ 1,218.75**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

---

[1]     The amount requested is based on the total of the invoices submitted to support the award, rather than the total amount stated in the Motion, which was more than the total of the invoices.

**B.     AWARD FOR GOLAN CHRISTIE: $ 29,131.95 for compensation**

**(2)     Duplication of Services – TOTAL of disallowed amounts: $ 1,740.00**

　　　　The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

　　　　In this case, there were an abundance of conferences between the multiple counsel. Many of these conferences had more than two attorneys and no explanation was provided for the amou

**(3)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 305.30**

　　　　The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(4)     No Benefit to the Estate – TOTAL of disallowed amounts: $ 31,922.75**

　　　　The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Although a party is entitled to, and this court will entertain alternative pleading; a party who chooses to do so is not entitled to reimbursement of fees if the pleading is deemed unnecessary to the administration of the estate.

　　　　In this case, counsel submitted the same pleading multiple times under different theories, many of which were not well founded and a data dump for the court to sort out. Therefore, the court has not allowed an award for those duplicative efforts as there was no benefit and often caused more work for all parties.

**C.     AWARD FOR ROBERT BORON: $0.00 for compensation**

**(5)     Duplication of Services – TOTAL of disallowed amounts: $ 11,490.00**

　　　　The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate

should not bear the burden of duplication of services.  If found in the record, such duplication shall be disallowed by the court as unnecessary.").  It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation.  *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

In this case, the application and the time entries provided no clarification for Mr. Boron's participation in the case and thus his efforts were seen as duplicative.

Dated:  May 16, 2018

Timothy A. Barnes
United States Bankruptcy Judge

## Law Office of Stephen Peck, P. C.

53 W. Jackson Blvd., Suite 760
Chicago, Illinois 60604
Federal Tax ID 20-8050735
specklaw@hotmail.com

### BILLING SUMMARY

| | |
|---|---|
| Client: | Walden Investments Group, LLC |
| Billing Matter: | City of Chicago v. First Nations Bank, et al. 13M1402611 |
| | In re: Montemurro, 17B10239 |
| Billing Period: | September 2015 through February 2018 |
| Billing Rate: | $250.00/hr. |
| Invoice Date: | March 5, 2018 |

| Billing Date | Description of work | Time |
|---|---|---|
| September 28, 2015 | building court appearance<br>conference w/ HW re: scope of authority;<br>conference w/ Asst. Crop. Counsel re: conditions at property;<br>reviewed demo bids; conference w/<br>counsel for owner re: asbestos | 1.0 hrs |
| October 19, 2015 | building court appearance; submitted demo bids<br>to City and Court; attempted contact w/owner's<br>asbestos removal contractor | 1.0 hrs |
| November 2, 2015 | prepared and filed written appearance;<br>building court appearance; email to owner's attorney<br>re: inability to contact asbestos contractor | 1.0 hrs |
| December 10, 2015 | prepared and recorded court orders<br>appointing Walden as receiver | 0.5 hrs |
| January 11, 2016 | conference w/ HW re: hiring asbestos contractor<br>and proceeding w/ lowest demo bid; reviewed contract<br>w/ Leeway Wrecking; building court appearance | 1.0 hrs |
| February 9, 2016 | building court appearance on owner's motion to<br>Vacate demolition order; conference w/HW re:<br>Preparation of interim accounting | 1.0 hrs |
| February 22, 2016 | building court appearance on owner's motion to<br>demolition to allow sale; review zoning status and<br>possible issues; conference w/HW and asst. Corp.<br>Counsel re: receiver's continuing authority | 1.0 hrs |
| March 14, 2016 | building court appearance; conference w/ HW and<br>Leeway Wrecking re: status of permits and schedule<br>of work | 1.0 hrs |
| March 28, 2016 | conference w/HW re: conditions at property;<br>Conference w/ owner's attorney re: IRS lien;<br>building court appearance | 1.0 hrs |
| April 25, 2016 | building court appearance; conference w/HW re: | 1.0 hrs |

(1)
Improper
Time
Increments

EXHIBIT
7

|  |  |  |
|---|---|---|
|  | Conditions at property |  |
| June 20, 2016 | building court appearance | 1.0 hrs |
| July 25, 2016 | building court appearance; conference w/HW re: weather conditions affecting stability of exterior walls; conference w/ Asst. Corp. Counsel re: same | 1.0 hrs |
| August 22, 2016 | building court appearance; conference w/HW re: motion for certificate and emergency work at property; conference w/ Leeway Wrecking re: permits | 1.0 hrs |
| September 19, 2016 | conference w/ WIG re: no power to building; building court appearance; conference w/ owner's attorney re: IRS lien; conference w/HW re: emergency electrical work and reinstated demo authority; conference w/Leeway Wrecking re: reinstated demo authority | 1.0 hrs |
| October 14, 2016 | conference w/HW and plumbing contractor re: water shut off; conference w/Asst. Corp. Counsel re: status of wreck | 0.5 hrs |
| October 17, 2016 | building court appearance; reviewed title to property re: liens; conferences w/HW and plumber re: water shutoff; conference w/Leeway Wrecking re: demo permits and schedule of work | 2.0 hrs |
| October 18, 2016 | building court appearance on owner's emergency Motion to stay demo; conference w/ receiver re: taxes and title issues; conference w/counsel for First Nations Bank re: taxes and liens; obtained tax redemption figures from County Clerk | 2.0 hrs |
| October 31, 2016 | building court appearance; conference w/HW re: sold property taxes and liens on property; conference w/ Asst. Corp. Counsel re: assignment of receiver's interest in certificate | 1.0 hrs |
| November 14, 2016 | conference w/ LeeWay Wrecking re: status of wreck; building court appearance; conference w/ owner's attorney re: status of case and court orders | 1.0 hrs |
| December 12, 2016 | conference w/ HW and Leeway Wrecking re: completed demolition; building court appearance | 1.0 hrs |
| January 3, 2017 | conference w/HW and Asst. Corp. Counsel re: status of vacant property | 0.75 hrs |
| January 25, 2017 | conference w/ HW re: preparation of final accounting; conference/Asst. Corp. Counsel re: same; prepared and filed motion to extend time to submit accounting | 1.0 hrs |
| February 27, 2017 | building court appearance for motion to extend time to submit accounting | 1.0 hrs |
| March 15, 2017 | review receiver's final accounting; prepared motion to approve receiver's accounting | 1.0 hrs |
| March 30, 2017 | filed accounting and sent notice to all parties | 0.5 hrs |
| April 26, 2017 | prepared order for receiver's certificate prepared receiver's certificate | 1.0 hrs |

(1)
Improper
Time
Increments

| Date | Description | Hours |
|---|---|---|
| May 22, 2017 | building court appearance; conference w/ HW Re: BK filing and affect on building court case | 1.0 hrs |
| May 26, 2017 | filed motion to lift BK stay | 1.0 hrs |
| June 5, 2017 | building court appearance; conference w/HW re: continuance for status of BK | 0.5 hrs |
| June 6, 2017 | BK court appearance | 1.0 hrs |
| June 28, 2017 | reviewed response to motion to lift stay; conferences w/HW re: same | 1.5 hrs |
| June 29, 2017 | researched "interest in land" under 65ILCS5/11-31-2; conference w/M. Tannen re: status of BK proceeding | 1.5 hrs |
| June 30, 2017 | drafted history of receivership in building court and status of BK proceeding | 1.0 hrs |
| July 10, 2017 | drafted reply in support of motion to lift stay | 2.0 hrs |
| July 11, 2017 | revised and filed reply in support of motion to lift stay | 1.5 hrs |
| July 26, 2017 | BK court appearance on motion to lift stay | 1.0 hrs |
| August 16, 2017 | reviewed debtor's motion for sale of Berteau property; conference w/ client re: same | 1.0 hrs |
| August 18, 2017 | conference w/ HW and co-counsel re: response to debtor's motion to sell property | 0.5 hrs |
| August 28, 2017 | building court appearance; research receivership and BK priorities | 2.0 hrs |
| August 31, 2017 | reviewed court file in building court case; conferences w/Asst. Corp. Counsel re: documents; conference w/ co-counsel re: motion for administrative claim | 2.0 hrs |
| September 7, 2017 | conferences w/HW and co-counsel re: reply in support of motion for administrative claim | 1.5 hrs |
| September 19, 2017 | conference w/client re: status of BK case and pending motions | 1.0 hrs |
| October 30, 2017 | reviewed responses to opposing motions to dismiss adversary action; conference w/ HW and co-counsel re: replies to motions to dismiss | 1.0 hrs |
| February 5, 2018 | building court appearance; drafted order for entry in building court placing matter on BK call; | 1.0 hrs |
| February 15, 2018 | reviewed order on administrative claim; conference w/ HW and co-counsel e: same | 0.5 hrs |

(1)

Improper Time Increments

=================================================================

| | |
|---|---|
| Total hrs. billed this period: | 48.75 hrs |
| Total billed this period: | $12,187.50 |
| Expenses incurred this period: | $198.00 appearance fee to court clerk |
| | $50.00 CCRD recording order appointing Walden as receiver |
| | $10.00 to County Clerk for tax redemption estimate |
| Total billed to date: | $12,445.50 |

**GOLAN | CHRISTIE | TAGLIA**

GOLAN CHRISTIE TAGLIA LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GCT.LAW

Walden Investments Group, LLC
P.O. Box 87655
Chicago, IL 60680
Attention:  Howard Weitzman
CLIENT NUMBER:  7348
RE:   Adversary Complaint

BILLING ATTORNEY:RRB

March 5, 2018
Matter #:      7348.001

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Services | Init | Hours | Amount |
|------|----------|------|-------|--------|
| General Administrative Matters | | | | |
| 7/05/17 | Multiple calls with RAB; conference call with RAB and H.W.; initial review of Motion to Modify Stay and Debtor's and bank's responses thereto; multiple emails with RAB responding to opinion as to the potential for success of Motion to Modify Stay; initial review of documents forwarded by Anna Clark; review emails from S. Peck. | RRB | 1.50 | 787.50 |
| 7/13/17 | Review email from S. Peck with outline of bad faith arguments; email from RAB with 9 attachments of motions, orders, title commitment and bankruptcy schedules; email from RAB to S. Peck with RAB revisions to S. Peck Reply in Support of Motion to Modify Stay; email from RAB with 21 orders entered in state court matters; email from RAB with S.Peck history of building court matters and final draft of Reply in Support of Motion to Modify Stay. | RRB | 1.50 | 787.50 |
| 7/14/17 | Conference with RRB and NPJ regarding results of research and brainstorm regarding theory of the case. | BAB | 0.70 | 322.00 |
| 7/14/17 | Review memo from NPJ; E-mail exchange with RRB regarding theory of the case as a result of updated research. | BAB | 0.50 | 230.00 |

*(handwritten: (3) Lumping)*

*(handwritten: (3) Lumping)*

*(handwritten: (3) Lumping)*

**EXHIBIT**

**8**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/27/17 | Search PACER for results of Motion to Modify Stay. | RRB | 0.10 | 52.50 |
| 07/27/17 | E-mails with RAB regarding recorded orders for limited and general appointment of receiver. | RRB | 0.50 | 262.50 |
| 8/03/17 | Review POC; rewrite and Amend POC as a priority creditor. | RRB | 0.80 | 420.00 |
| 8/09/17 | Respond to inquiry from RAB as to why we cannot recover from Olcott credit bid. | RRB | 0.20 | 105.00 |
| 8/14/17 | Review Plan and Disclosure Statement and e-correspondence to Howard and Bob with analysis. | RRB | 1.30 | 682.50 |
| 9/08/17 | Receipt and review of Debtors's Motion to Extend Time to Obtain Plan Confirmation. | RRB | 0.40 | 210.00 |
| 9/08/17 | Memo to BAB | RRB | 0.10 | 52.50 |
| 9/12/17 | Locate notice of publication of sale of Berteau and forward to all our parties. | RRB | 0.20 | 105.00 |
| 09/17/17 | Review PACER docket. | RRB | 0.10 | 52.50 |
| 09/17/17 | Review notes of meeting with Howard. | RRB | 0.20 | 105.00 |
| 09/17/17 | Review and respond in detail to Ms. Clark's complaints. | RRB | 0.70 | 367.50 |
| 12/24/17 | E-mail from Bob Boron regarding bringing a motion to have the Bankruptcy Court issues the certificate. | BAB | 0.20 | 92.00 |
| 12/26/17 | Complete drafting e-mail to Bob Boron et al., regarding suggesting that the Bankruptcy Court could enter the order to issue the certificates. | BAB | 0.60 | 276.00 |
| 12/26/17 | E-mail exchange with Bob Boron regarding theories to circumvent the effect of the bankruptcy stay. | BAB | 0.20 | 92.00 |
| 1/23/18 | Email from J. Weiss and forward to client and others inquiring about survey. | RRB | 0.10 | 52.50 |
| 2/02/18 | Email from S. Peck with proposed draft Order for state court; revise Order and circulate Version 2 with explanation. | RRB | 0.50 | 262.50 |
| 2/23/18 | Email from R. Boron regarding Rosensweig earnest money forfeiture.; | RRB | 0.10 | 52.50 |
| 2/23/18 | E-correspondence to client and all additional parties on our side cautioning about | RRB | 0.20 | 105.00 |
| 2/23/18 | E-correspondence to J. Dan requesting confirmation that earnest money has been forfeited. | RRB | 0.10 | 52.50 |
| 2/27/18 | Receipt and review of First Nations Motion to Modify Stay. | RRB | 0.50 | 262.50 |
| 2/27/18 | E-correspondence to client and attorneys with advice of filing and expected consequences. | RRB | 0.30 | 157.50 |
| 2/28/18 | E-correspondence to R. Boron and others responding to inquiry regarding purchasing tax certs. | RRB | 0.20 | 105.00 |

| | | | | |
|---|---|---|---|---|
| 2/28/18 | E-correspondence to Peck responding to inquiry about forcing sale of properties to satisfy First Nations claim. | RRB | 0.20 | 105.00 |
| 3/02/18 | Email to parties regarding Motion to Modify by bank. | RRB | 0.10 | 52.50 |
| 3/02/18 | Email from Arden suggesting modification of stay. | RRB | 0.10 | 52.50 |
| 3/02/18 | E-correspondence to client and other parties explaining why no motion motions to modify. | RRB | 0.20 | 105.00 |
| 3/02/18 | Call to Howard and conference with Arden to discuss bank's motion and strategy for Walden moving forward. | RRB | 0.10 | 52.50 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 10.30 | 525.00 | 5,407.50 |
| Beverly A. Berneman | 2.20 | 460.00 | 1,012.00 |
| **Total** | **12.50** | | **$6,419.50** |

Motion to Excuse Compliance

No Benefit (Y) to the Estate

| | | | | |
|---|---|---|---|---|
| 7/30/17 | Research for motion to excuse requirement to turnover property. | BAB | 1.00 | 460.00 |
| 7/30/17 | Continue drafting motion to excuse turnover. | BAB | 0.30 | 138.00 |
| 8/01/17 | E-mail exchange with follow up conference with RRB regarding changes to the motion to excuse compliance | BAB | 0.20 | 92.00 |
| 8/01/17 | Continue drafting motion to excuse turnover. | BAB | 0.50 | 230.00 |
| 8/14/17 | Conference with RRB to prepare for hearing on motion to excuse. | BAB | 0.20 | 92.00 |
| 8/16/17 | Prepare for argument to excuse compliance. | RRB | 0.10 | 52.50 |
| 8/16/17 | Court appearance on Motion to Pay Administrative Expense. | RRB | 0.50 | 262.50 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 0.60 | 525.00 | 315.00 |
| Beverly A. Berneman | 2.20 | 460.00 | 1,012.00 |

| | | | 2.80 | $1,327.00 |
|---|---|---|---|---|
| **Total** | | | | |

Motion for Administrative Expenses

| | | | | |
|---|---|---|---|---|
| | 7/13/17 | Conference with RRB regarding applicability of Sec. 543(b0 and perfection of receiver's lien; research re 543(b). | BAB | 0.70 | 322.00 |
| | 7/14/17 | Conference with BAB regarding rights of Receiver over trustee. | RRB | 0.70 | 367.50 |
| | 7/14/17 | Research whether a receiver can establish priority under the federal bankruptcy rules. | NPJ | 0.75 | 198.75 |
| | 7/14/17 | Draft memorandum summarizing whether Walden Investment can establish priority for its receiver fees. | NPJ | 1.50 | 397.50 |
| | 7/19/17 | Review factual background and begin compiling factual allegations. | BAB | 0.70 | 322.00 |
| | 7/19/17 | Additional research regarding priority claim for receiver's fees. | BAB | 0.70 | 322.00 |
| | 7/22/17 | Conference with BAB regarding 543 Motion. | RRB | 0.30 | 157.50 |
| | 7/27/17 | Begin drafting 543 motion and continue drafting complaint. | BAB | 0.50 | 230.00 |
| | 7/31/17 | E-mail exchange with RRB with summary of transcript of proceedings re Motion to Modify Stay for insights into sec. 543 motion. | BAB | 0.40 | 184.00 |
| | 7/31/17 | Continue drafting 543 motion. | BAB | 0.80 | 368.00 |
| | 7/31/17 | Edit adversary to make it consistent with the 543 motion. | BAB | 0.60 | 276.00 |
| | 8/01/17 | Review 543 Motion and research 120 day rule. | RRB | 0.40 | 210.00 |
| (1) Duplication | 8/01/17 | Conference with BAB and continue in conference with R. Boron and BAB regarding Final Report in state court. | RRB | 0.40 | 210.00 |
| (1) Duplication | 8/01/17 | Continue in conference with RRB regarding the motion for administrative claim. | BAB | 0.20 | 92.00 |
| | 8/01/17 | Call with Howard and Anna regarding final report. | BAB | 0.20 | 92.00 |
| | 8/01/17 | Continue drafting motion for approval of administrative claim. | BAB | 0.70 | 322.00 |
| | 8/02/17 | Provide statutory basis for priority of expenses and incorporate in draft motion for administrative expenses. | RRB | 0.80 | 420.00 |
| (1) Duplication | 8/14/17 | Conference with RRB regarding admin fees motion. | BAB | 0.30 | 138.00 |
| | 8/16/17 | Review motions and prepare for argument. | RRB | 0.20 | 105.00 |
| | 8/16/17 | Court appearance on Motion to Excuse Compliance. | RRB | 0.50 | 262.50 |
| (1) Duplication | 8/16/17 | Strategy conference with H. Weitzman, R.A. Boron and S. Peck to discuss payment | RRB | 0.30 | 157.50 |

| | | | | |
|---|---|---|---|---|
| | of administrative claim and distribution of sale proceeds. | | | |
| 9/01/17 | E-mail from S. Peck with additional thoughts on Receiver adding value to estate. | BAB | 0.40 | 322.00 |
| 9/01/17 | E-mail exchange with group regarding deadlines and information provided by S. Peck. | BAB | 0.30 | 138.00 |
| 9/05/17 | Preliminary review of response to Motion for Administrative Claim. | BAB | 0.30 | 138.00 |
| 9/05/17 | E-mail to group with copy response and request for input. | BAB | 0.10 | 46.00 |
| 9/05/17 | Call from Howard regarding request for input. | BAB | 0.10 | 46.00 |
| 9/08/17 | E-mail from Anna regarding an attachment that wasn't attached. | BAB | 0.10 | 46.00 |
| 9/08/17 | Call from Howard regarding reply in support of Motion for Administrative Expenses. | BAB | 0.10 | 46.00 |
| 9/08/17 | E-mail exchange with H. Weizman, S. Peck and R. Boron regarding factual issue of whether Walden was still in possession of the propriety at the time of the filing. | BAB | 0.80 | 368.00 |
| 9/11/17 | Continue researching and drafting reply in support of Motion for Administrative Expenses including commentary from R. Boron, S. Peck and H. Weitzman. | BAB | 3.40 | 1,564.00 |
| 9/11/17 | E-mail exchange with R. Boron regarding information for the reply. | BAB | 0.30 | 138.00 |
| 9/11/17 | Call with H. Weitzman regarding reply in support of administrative claim. | BAB | 0.30 | 138.00 |
| 9/12/17 | Review and revise Reply in Support of Admin Claim and approve for circulating to all of Howard's attorneys. | RRB | 1.00 | 525.00 |
| 9/12/17 | Call from J. Dan regarding Admin claim, admissions against interest in stay motion and settling for discounted GUC. | RRB | 0.20 | 105.00 |
| 9/12/17 | Continue drafting reply in support of motion for administrative claim. | BAB | 1.20 | 552.00 |
| 9/12/17 | E-mail to group providing draft of reply for review and comment. | BAB | 0.10 | 46.00 |
| 9/13/17 | Court appearance on Debtor's Motion to enlarge time for exclusive Plan filing; status on Adversary Complaint and briefing schedule on Motions to Dismiss (not necessary to appear on Debtor's Motion to Dismiss); discussion by court for hearing on 09/27/17; report of auction results; conference with client to review all pending matters. | RRB | 0.80 | 420.00 |
| 9/13/17 | E-mails from R.A. Boron and H. Weitzman (also Anna) regarding reply; Continue drafting reply; E-mail exchange with the | BAB | 1.80 | 828.00 |

(handwritten annotation) (3) Lumping — next to 420.00 entry

(handwritten annotation) (3) Lumping — next to 828.00 entry

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| | group with redline of reply and diagram of changes. | | | |
| 9/15/17 | E-mail from Anna regarding Howard's about pending matters. | BAB | 0.10 | 46.00 |
| 9/15/17 | Call with Bob Boron regarding e-mail. | BAB | 0.60 | 276.00 |
| 9/15/17 | E-mail exchange with RRB regarding BAB contacts with all parties and her responses to e-mail | BAB | 0.50 | 230.00 |
| 9/18/17 | Receipt of memo from R.A. Boron regarding the pending matters in anticipation of all hands conference call. | BAB | 0.60 | 276.00 |
| 9/18/17 | E-mail to group to clarify some points in Boron's memo. | BAB | 0.40 | 184.00 |
| 9/19/17 | Conference call with H.W., A.C., R. Boron, S. Peck and BAB to discuss status of case, upcoming court matters and sale of property. | RRB | 0.70 | 367.50 (2) Duplication |
| 9/19/17 | Conference call with all hands call to go over all pending matters. | BAB | 0.70 | 322.00 |
| 9/26/17 | Conference with RRB to prepare for 9/27 hearing. | BAB | 0.30 | 138.00 |
| 9/27/17 | Prepare for oral arguments. | RRB | 1.00 | 525.00 |
| 9/27/17 | Court appearance and oral arguments on admin claim and limited objection to Berteau sale to hold off payments to bank. | RRB | 0.50 | 525.00 |
| 9/27/17 | Conference with H. Weitzman, S. Peck and RAB to review court proceedings and answer all questions. | RRB | 0.20 | 105.00 (2) Duplication |
| 10/05/17 | Further e-mail exchange with Bob Boron regarding case involving 543(c) fees. | BAB | 0.20 | 92.00 |
| 10/06/17 | Review administrative priority decision forwarded by RAB provided by A. Clark PRIS-MM, LLC 08-16398 Bankruptcy Court Dist of Maryland. | RRB | 0.40 | 210.00 |
| 10/30/17 | Prepare for oral argument on Motion for Administrative Claims; outline arguments against two Motions to Dismiss Adversary Complaint. | RRB | 2.00 | 1,050.00 |
| 12/12/17 | Prepare for hearing on Administrative claim and Motions to Dismiss Adversary Complaint. | RRB | 0.40 | 210.00 |
| 12/13/17 | Court appearance on status of Motion to Pay Administrative Expenses, status of Motions to Dismiss Adversary Complaint, status of Plan, status of sale of Berteau; | RRB | 0.30 | 157.50 |
| 12/13/17 | Discuss issues and matters presented in court with client and co-counsel in cafeteria. | RRB | 0.20 | 105.00 |
| 12/28/17 | Review law and articles provided by client. | RRB | 0.50 | 262.50 |
| 12/28/17 | Review Barnes administrative claim opinion in Stainless. | RRB | 0.40 | 210.00 |
| 12/28/17 | E-correspondence to client. | RRB | 0.60 | 315.00 |

| | | | | |
|---|---|---|---|---|
| 12/28/17 | Review of bankruptcy articles forwarded by Howard regarding abstention and police powers. | BAB | 0.70 | 322.00 |
| 1/17/18 | Court appearance on status of case, status of Adversary Complaint and status of Motion for Administrative Claim. | RRB | 0.30 | 157.50 |
| 1/17/18 | Conference after court with R. Boron, S. Peck and Arden Weitzman regarding general discuss of status of case. | RRB | 0.40 | 210.00 |
| 2/14/18 | Outline and analysis of Memorandum Decision on administrative claim | RRB | 1.50 | 787.50 |
| 2/14/18 | Court appearance on status of Chapter 11, Adversary, sale of Berteau and Motion for Administrative claim. | RRB | 0.30 | 157.50 |
| 2/14/18 | Conference with client and RAB in cafeteria to discuss court ruling and to discuss revised settlement offer. | RRB | 0.20 | 105.00 |
| 2/14/18 | Preliminary review of court opinion and e-mail exchange with RRB regarding strategy going forward. | BAB | 0.80 | 368.00 |
| 2/15/18 | E-correspondence to client explaining what they need to do to adjust their time entries for the revised Application for Administrative Claim; provide detailed explanation of opinion. | RRB | 0.50 | 262.50 |
| 2/15/18 | Call from RAB regarding time entries for 503(b)(4) application. | RRB | 0.20 | 105.00 |
| 2/15/18 | Email from S. Peck regarding 503(b)(4) application. | RRB | 0.10 | 52.50 |
| 2/15/18 | E-correspondence to S. Peck forwarding sample time entries acceptable in bankruptcy matters. | RRB | 0.10 | 52.50 |
| 2/15/18 | Call to J. Dan with settlement proposals | RRB | 0.40 | 210.00 |
| 2/15/18 | E-correspondence to client explaining J. Dan response to settlement offer and threatening 9024 motion and appeal | RRB | 0.20 | 105.00 |
| 2/15/18 | E-mail exchange and follow up conference with RRB regarding recommendations for revising the accountings for submission to the court. | BAB | 0.30 | 138.00 |
| 2/15/18 | E-mail exchange with RRB regarding debtors' position that Walden was discharged pre-petition. | BAB | 0.30 | 138.00 |
| 2/16/18 | Receipt and initial review of RAB time entries and bio, with notes to BAB. | RRB | 0.20 | 105.00 |
| 2/16/18 | E-correspondence to client and professionals pointing out court requirement for all professional time entries from date of appointment of Receivership. | RRB | 0.40 | 210.00 |

| | | | | |
|---|---|---|---|---|
| 2/16/18 | Email from S. Peck with 5 separate accountings filed by Walden in state court matter with initial review. | RRB | 0.30 | 157.50 |
| 2/16/18 | Email inquiry from Arden Weitzman about breaking down out of pocket expenses paid to third party vendors. | RRB | 0.10 | 52.50 |
| 2/16/18 | E-correspondence to A. Weitzman responding to out of pocket records. | RRB | 0.10 | 52.50 |
| 2/16/18 | Email from A. Weitzman regarding subcontractors services. | RRB | 0.10 | 52.50 |
| 2/16/18 | E-correspondence to A. W. responding to inquiry regarding subcontractors. | RRB | 0.10 | 52.50 |
| 2/19/18 | Email from Arden with sample of billing revisions. | RRB | 0.10 | 52.50 |
| 2/19/18 | E-correspondence to Arden responding and suggesting changes with sample fee petition. | RRB | 0.30 | 157.50 |
| 2/19/18 | Conference with RRB regarding revisions to Walden's accounting to confirm with judge's requested amendments. | BAB | 0.20 | 92.00 |
| 2/20/18 | Review bio document and e-mail to Anna regarding same. | BAB | 0.40 | 184.00 |
| 2/21/18 | Review proposed time entires and e-mail exchange with Arden with suggested changes. | BAB | 0.50 | 230.00 |
| 2/26/18 | Initial review of time entries from Arden, with memo to BAB and e-correspondence to Arden to confirm | RRB | 0.50 | 262.50 |
| 2/27/18 | Review revised arrangement of time entries. | BAB | 0.50 | 230.00 |
| 2/27/18 | E-mail exchange with Arden with questions regarding time entries. | BAB | 0.20 | 92.00 |
| 2/28/18 | Commence drafting amended petition for fees. | BAB | 0.30 | 138.00 |
| 3/01/18 | Detailed review of Opinion. | RRB | 1.00 | 525.00 |
| 3/01/18 | Memo to BAB with suggested modifications to amended motion for administrative expenses based upon Court's ruling. | RRB | 0.50 | 262.50 |
| 3/01/18 | Additional research for supplemental fee petition for Walden compensation and expenses. | BAB | 1.50 | 690.00 |
| 3/01/18 | Continue drafting supplemental fee petition for Walden compensation and expenses including RRB memo. | BAB | 1.80 | 828.00 |
| 3/02/18 | E-mail exchange with Arden regarding documents for the supplement to the motion for compensation. | BAB | 0.20 | 92.00 |
| 3/02/18 | Continue drafting the supplement for receiver's fees and expenses. | BAB | 2.00 | 920.00 |

| | | | | |
|---|---|---|---|---|
| 3/02/18 | Research to determine the availability of reimbursement of post-petition attorney's fees. | BAB | 0.50 | 230.00 |
| 3/02/18 | E-mail report to RRB regarding limits on attorney's fees that would not cover post-petition services. | BAB | 0.20 | 92.00 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 20.70 | 525.00 | 10,867.50 |
| Beverly A. Berneman | 28.90 | 460.00 | 13,294.00 |
| Neil P. Johnson | 2.25 | 265.00 | 596.25 |
| **Total** | **51.85** | | **$24,757.75** |

Adversary Complaint

| | | | | |
|---|---|---|---|---|
| 7/13/17 | Begin to research whether the recording of the appointment of a Receiver creates a lien on the real estate. | NPJ | 1.75 | 463.75 |
| 7/14/17 | Continue to research whether the recording of the appointment of a Receiver creates a lien on the real estate. | NPJ | 1.25 | 331.25 |
| 7/14/17 | Research whether a receiver can assert an equitable lien on real estate in order to establish priority over other creditors. | NPJ | 0.75 | 198.75 |
| 7/20/17 | Initial draft outline of adversary complaint. | BAB | 1.00 | 460.00 |
| 7/21/17 | Continue assembling data and drafting adversary complaint. | BAB | 1.30 | 598.00 |
| 7/23/17 | Continue drafting adversary complaint; update research memo to prepare for anticipated motion to dismiss. | BAB | 1.50 | 690.00 |
| 7/24/17 | Research regarding property party defendants; continue drafting adversary complaint. | BAB | 1.50 | 690.00 |
| 7/25/17 | Continue drafting adversary complaint. | BAB | 2.30 | 1,058.00 |
| 7/26/17 | Continue drafting adversary complaint. | BAB | 0.70 | 322.00 |
| 7/27/17 | Review and revise Adversary Complaint. | RRB | 0.50 | 262.50 |
| 7/27/17 | Continue drafting complaint. | BAB | 0.50 | 230.00 |
| 7/27/17 | Conference with RRB regarding adversary complaint and bringing a 543 motion. | BAB | 0.30 | 138.00 |
| 7/28/17 | E-mail exchange with Howard regarding additional documents needed. | BAB | 0.50 | 230.00 |
| 7/28/17 | Continue drafting complaint based upon comments from RRB. | BAB | 0.30 | 138.00 |
| 7/30/17 | Continue drafting adversary. | BAB | 0.30 | 138.00 |

(4)
No benefit to the Estate

(4)
No Right
to the
Estate

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8/01/17 | Continue drafting adversary | BAB | 0.50 | 230.00 |
| 8/03/17 | Call to S.Clar to discuss motions and Adversary Complaint; disputes right to proceed. | RRB | 0.10 | 52.50 |
| 8/08/17 | (No Charge) Call from RAB regarding Montemurro matters and necessity for multiple motions, Adversary Complaint and Amended POC; Conference call with H.W. | RRB | 0.40 | 0.00 |
| 8/31/17 | Call from Ari Reubenstein, counsel for IRS, requesting additional time to answer complaint and agreement to stipulate for additional time. | BAB | 0.10 | 46.00 |
| 9/06/17 | Preliminary review of First Nations Bank's motion to dismiss the adversary. | BAB | 0.80 | 368.00 |
| 9/06/17 | E-mail to group with copy of the motion, Debtor's motion to extend time and appearance or lack of appearance from other defendants. | BAB | 0.20 | 92.00 |
| 9/06/17 | Prepare for court and court appearance on Debtor's Motion to Extend Time to Answer or Otherwise Plead. | MPB | 1.00 | 320.00 |
| 9/19/17 | Conference call with H.W., A.C., R. Boron, S. Peck and BAB to discuss status of case, upcoming court matters and sale of property. | RRB | 0.60 | 315.00 |
| 9/19/17 | Conference call with all hands call to go over all pending matters. | BAB | 0.70 | 322.00 |
| 9/25/17 | E-mail exchange with RRB regarding objection to sale of Berteau property to the extent that proceeds are not preserved during adjudication of the lien. | BAB | 0.20 | 92.00 |
| 10/04/17 | Review and in depth analysis of motions to dismiss; Research regarding issues raised in the motions; Review research used to draft the complaint. | BAB | 1.70 | 782.00 |
| 10/05/17 | Research and draft responses to motions to dismiss. | BAB | 2.00 | 920.00 |
| 10/05/17 | E-mail exchange with Steve and R. Boron regarding lien statute. | BAB | 0.10 | 46.00 |
| 10/05/17 | Research regarding operation of the lien statute. | BAB | 0.50 | 230.00 |
| 10/05/17 | Conference with RRB regarding use of lien statute in the response. | BAB | 0.20 | 92.00 |
| 10/05/17 | E-mail to group with strong recommendation not to rely on lien statute. | BAB | 0.10 | 46.00 |
| 10/05/17 | E-mail exchange with Bob Boron regarding results of Anna's bankruptcy research. | BAB | 0.30 | 138.00 |
| 10/06/17 | Multiple emails from RAB regarding Responses to Motions to Dismiss Adversary Complaints. | RRB | 0.20 | 105.00 |
| 10/06/17 | Discuss citation with BAB as having nothing to do with Adversary Complaint. | RRB | 0.20 | 105.00 |

(4)

No
Benefit
to
Estate

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/09/17 | Continue research and drafting responses to Motions to Dismiss. | BAB | 1.00 | 460.00 |
| 10/09/17 | E-mail exchange with Bob Boron regarding theory of the adversary complaint. | BAB | 0.30 | 138.00 |
| 10/10/17 | Review and suggested revisions to Responses to two Motions to Dismiss Adversary with memo to BAB. | RRB | 1.50 | 787.50 |
| 10/10/17 | Continue drafting responses to Motions to Dismiss with RRB input and e-mail draft to Bob Boron for review. | BAB | 2.00 | 920.00 |
| 10/11/17 | E-mail exchange with RRB with his comments to the draft of the response to the motion to dismiss. | BAB | 0.20 | 92.00 |
| 10/12/17 | Review draft Responses to Bank Trust and Debtor's Motions to dismiss with R. Boron comments addressed; further revisions and discuss with BAB. | RRB | 1.20 | 630.00 |
| 10/12/17 | Preliminary review of IRS's Motion to Dismiss. | BAB | 0.30 | 138.00 |
| 10/12/17 | Review B. Boron's suggested revisions to the response to FNB's Motion to Dismiss. | BAB | 0.50 | 230.00 |
| 10/12/17 | E-mail to B. Boron regarding suggested changes, IRS motion and motion to correct misnomer. | BAB | 0.30 | 138.00 |
| 10/12/17 | Edit and continue drafting response to the Bank's Motion to Dismiss. | BAB | 1.00 | 460.00 |
| 10/12/17 | Draft response to the Debtors' Motion to Dismiss. | BAB | 0.40 | 184.00 |
| 10/12/17 | E-mail to Bob Boron with drafts for review. | BAB | 0.10 | 46.00 |
| 10/12/17 | Call and e-mail exchange with Bob Boron regarding changes. | BAB | 0.10 | 46.00 |
| 10/12/17 | Continue editing and drafting responses. | BAB | 0.20 | 92.00 |
| 10/18/17 | Court appearance on motion for authorization to correct misnomer. | AJD | 1.20 | 408.00 |
| 10/19/17 | Prepare draft order adding appropriate parties and providing instruction re: new summons to lender. | AJD | 0.50 | 170.00 |
| 10/23/17 | Revise draft order per opposing counsel's comments and submit the same. | AJD | 0.50 | 170.00 |
| 10/27/17 | Review USA Motion to Dismiss Adversary Complaint and correspondence to client and its multiple attorneys with analysis and recommendation. | RRB | 1.50 | 787.50 |
| 10/27/17 | Two calls from Howard W. to discuss settlement with USA and to discuss source of payment of IRS claim. | RRB | 0.20 | 105.00 |
| 10/27/17 | Call to S. Tennyson to negotiate settlement of IRS position. | RRB | 0.20 | 105.00 |
| 10/27/17 | Email from Howard attaching Debtors's schedules and claiming IRS not scheduled. | RRB | 0.10 | 52.50 |

(+)
No Benefit
to
the
Estate

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 10/27/17 | H.W. forwards Orchard Street Property title commitment showing IRS liens and requesting confirmation that Debtor | RRB | 0.20 | 105.00 |
| 10/27/17 | E-correspondence to Howard W. citing IRS as creditor in Schedule D and advising that Orchard title commitment and not exact amount due from IRS is sufficient to | RRB | 0.10 | 52.50 |
| 10/27/17 | Draft proposed Order disposing of USA Motion to Dismiss | RRB | 0.50 | 262.50 |
| 10/30/17 | (No Charge) - Conference with BAB regarding hearings om Motions to Dismiss. | RRB | 0.20 | 0.00 |
| 10/30/17 | Conference with RRB to aid in preparation for hearing on Motions to Dismiss. | BAB | 0.20 | 92.00 |
| 10/31/17 | (No Charge) Call from Howard W. to inquire about Replies by bank trust and Debtor in support of motions to dismiss adversary; review status of case and status of administrative claim matter. | RRB | 0.10 | 0.00 |
| 10/31/17 | Call from S. Tennyson (AUSA) regarding IRS motion; continue in conference call to court room deputy. | RRB | 0.20 | 105.00 |
| 10/31/17 | Receipt and review of Replies in support of motions to dismiss by bank as trustee and Debtor; prepare for oral argument on Adversary Complaint. | RRB | 2.50 | 1,312.50 |
| 11/01/17 | (No Charge) email from RAB inquiring about matters pending in court; e-correspondence to RAB with explanation of pending matters. | RRB | 0.20 | 0.00 |
| 11/01/17 | 3 emails from S. Peck regarding bank's Reply including Orders from state court, Debtor's Reply and inquiry regarding Motions to Dismiss. | RRB | 0.30 | 157.50 |
| 11/01/17 | E-correspondence to S.Peck regarding hearings. | RRB | 0.10 | 52.50 |
| 11/01/17 | E-mail from RAB questioning timing of matters today. | RRB | 0.10 | 52.50 |
| 11/01/17 | Confirm times and write to RAB with advice of when matters to be heard. | RRB | 0.10 | 52.50 |
| 11/01/17 | Court appearance on Motions to Dismiss Adversary Complaint and argument regarding bank's Reply; | RRB | 1.00 | 525.00 |
| 11/01/17 | Post court conference with Howard, S. Peck and RAB to review court matters. | RRB | 0.20 | 105.00 |
| 11/03/17 | Draft Rule 9019 Motion to approve settlement with IRS. | RRB | 1.00 | 525.00 |
| 11/13/17 | Negotiations with bank over language in proposed IRS order to avoid objection. | RRB | 0.30 | 157.50 |
| 11/13/17 | Draft revised order and forward to IRS for approval. | RRB | 0.70 | 367.50 |

(+)
No
Benefit
to
the
Estate

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/12/17 | Prepare for hearing on Administrative claim and Motions to Dismiss Adversary Complaint | RRB | 0.40 | 210.00 |
| 12/13/17 | Court appearance on status of Motion to Pay Administrative Expenses, status of Motions to Dismiss Adversary Complaint, status of Plan, status of sale of Berteau. | RRB | 0.30 | 157.50 |
| 12/13/17 | Discuss issues and matters presented in court with client and co-counsel in cafeteria. | RRB | 0.20 | 105.00 |
| 12/22/17 | Review opinion on Motions to Dismiss and forward to Howard and Boron and Peck with analysis. | RRB | 0.70 | 367.50 |
| 12/22/17 | (No Charge) Call from Howard to discuss Court's opinion. | RRB | 0.30 | 0.00 |
| 12/22/17 | Review of judge's opinion denying the motions to dismiss. | BAB | 0.80 | 368.00 |
| 12/22/17 | E-mail to RRB with comments on the opinion. | BAB | 0.20 | 92.00 |
| 12/24/17 | Review RAB suggestions. | RRB | 0.20 | 105.00 |
| 12/24/17 | Discuss Boron notes with BAB. | RRB | 0.20 | 105.00 |
| 12/24/17 | Review BAB response to RAB. | RRB | 0.10 | 52.50 |
| 12/24/17 | Draft response and e-mail exchange with RRB regarding additional information for the response. | BAB | 0.30 | 138.00 |
| 12/26/17 | (No Charge) Review RAB additional comments comparing Walden right to  lien with mechanic's lien and discuss with BAB. | RRB | 0.60 | 0.00 |
| 12/26/17 | (No Charge) Review emails between BAB and RAB and comment to BAB on mechanic's lien comparison. | RRB | 0.30 | 0.00 |
| 1/11/18 | Call from J. Dan regarding status of case, motions for SJ and awaiting ruling on Administrative Motion. | RRB | 0.10 | 52.50 |
| 1/11/18 | Call from J. Weiss (bank's attorney) regarding SJ. | RRB | 0.10 | 52.50 |
| 1/17/18 | Court appearance on status of case, status of Adversary Complaint and status of Motion for Administrative Claim; | RRB | 0.30 | 157.50 |
| 1/17/18 | Conference after court with R.Boron, S. Peck and Arden Weitzman regarding general discuss of status of case. | RRB | 0.20 | 105.00 |
| 2/14/18 | Court appearance on status of Chapter 11, Adversary, sale of Berteau and Motion for Administrative claim. | RRB | 0.30 | 157.50 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|------|------:|------:|------:|
| Robert R. Benjamin | 1.70 | 0.00 | 0.00 |
| Robert R. Benjamin | 17.10 | 525.00 | 8,977.50 |
| Beverly A. Berneman | 25.50 | 460.00 | 11,730.00 |
| Anthony J. D'Agostino | 2.20 | 340.00 | 748.00 |
| Matthew Bachochin | 1.00 | 320.00 | 320.00 |
| Neil P. Johnson | 3.75 | 265.00 | 993.75 |
| **Total** | **51.25** | | **$22,769.25** |

Objection to Sale

(4)
No
Benefit
to
Estate

| Date | Description | | | |
|------|-------------|---|---|---|
| 8/09/17 | Review PACER and First Nations motion to proposed order to approve sale of 4732 N.Olcott. | RRB | 0.30 | 157.50 |
| 8/09/17 | E-correspondence to H.W. and RAB with analysis and recommendation. | RRB | 0.20 | 105.00 |
| 8/15/17 | Review 4 emails from S. Peck and 4 emails from RAB; prepare for hearing on objection to Sale. | RRB | 1.00 | 525.00 |
| 8/15/17 | Call from J. Dan regarding Objection to sale and offer to allow our claim as a GUC. | RRB | 0.20 | 105.00 |
| 8/15/17 | E-correspondence to H.W., RAB and S. Peck relating conversation with DIP's attorney. | RRB | 0.20 | 105.00 |
| 8/16/17 | E-mail exchange with RRB regarding objections to sale of the property; e-mail exchanges regarding objections to sale. | BAB | 0.60 | 276.00 |
| 8/17/17 | Call from H.W. to discuss offer from Marcus & Millchap and credit bidding Walden's claim as partial offer; Howard review history of case. | RRB | 0.30 | 157.50 |
| 8/17/17 | Outline objection to sale of Berteau property; review and revise draft. | RRB | 1.00 | 525.00 |
| 8/17/17 | Review RAB comments to draft. | RRB | 0.10 | 52.50 |
| 8/17/17 | Memo to BAB regarding objection to sale. | RRB | 0.20 | 105.00 |
| 8/17/17 | Review e-mails regarding objection to sale. | BAB | 0.20 | 92.00 |
| 8/17/17 | Research and draft objection to sale. | BAB | 2.70 | 1,242.00 |
| 8/17/17 | Conference with RRB regarding objection and continue drafting objection to incorporate RRB's comments. | BAB | 0.60 | 276.00 |
| 8/17/17 | E-mail to group regarding draft of objection to sale. | BAB | 0.30 | 138.00 |
| 8/18/17 | Review and approve for filing of Objection to sale of Berteau. | RRB | 0.40 | 210.00 |

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 8/18/17 | E-mail from B. Boren with suggested changes to sale objection and short conference with RRB regarding same. | BAB | 0.30 | 138.00 |
| 8/18/17 | Continue drafting objection to sale. | BAB | 0.60 | 276.00 |
| 8/18/17 | E-mail to group regarding changes to objection to sale. | BAB | 0.10 | 46.00 |
| 8/18/17 | E-mail exchange with S. Park regarding additional facts. | BAB | 0.20 | 92.00 |
| 8/18/17 | Call from Howard Weitzman regarding objection and potential competing bidders. | BAB | 0.20 | 92.00 |
| 8/21/17 | Several conferences with RRB regarding oral argument on objection to the sale. | BAB | 0.50 | 230.00 |
| 8/22/17 | Prepare for objection to sale. | RRB | 0.90 | 472.50 |
| 8/22/17 | Call from J. Dan to discuss position. | RRB | 0.20 | 105.00 |
| 8/22/17 | Multiple emails from RAB and S. Peck | RRB | 0.30 | 157.50 |
| 8/22/17 | Court appearance on sale of Berteau and Objection thereto. | RRB | 0.70 | 367.50 |
| 8/22/17 | Continue in conference with RAB and H.W. in federal cafeteria. | RRB | 0.80 | 420.00 |
| 9/25/17 | E-mail exchange with RRB regarding objection to sale of Berteau property to the extent that proceeds are not preserved during adjudication of the lien. | BAB | 0.10 | 46.00 |
| 9/27/17 | Court appearance and oral argument on admin claim and limited objections to Berteau sale to hold off payments to bank. | RRB | 0.50 | 262.50 |
| 9/27/17 | Conference with H. Weitzman, S. Peck and RAB to review court proceedings and answer all questions. | RRB | 0.10 | 52.50 |
| 9/28/17 | Multiple emails with RAB, J. Dan and J. Weiss and M. Olins regarding language in order to sell Berteau. | RRB | 0.40 | 210.00 |
| 9/29/17 | Email from J. Dan with further revisions to draft order for sale. | RRB | 0.10 | 52.50 |
| 9/29/17 | Forward draft order to RAB with recommendations to accept. | RRB | 0.10 | 52.50 |
| 9/29/17 | Email from RAB rejecting latest draft and requiring additional language to protect against bank or Debtor raising new arguments. | RRB | 0.10 | 52.50 |
| 9/29/17 | E-correspondence to J. Dan with proposed additional language to draft order based upon RAB recommendations. | RRB | 0.10 | 52.50 |
| 9/29/17 | Call from J. Dan regarding proposed order. | RRB | 0.20 | 105.00 |
| 9/29/17 | Email from J. Dan with further revisions to proposed order. | RRB | 0.10 | 52.50 |
| 9/29/17 | Forward J. Dan proposal to RAB with recommendation that it be accepted. | RRB | 0.10 | 52.50 |
| 9/29/17 | Email from RAB permitting language in Order proposed by J. Dan. | RRB | 0.10 | 52.50 |

(4)
No
Profit
to
Estate

(4)

No
Benefit
to
the
Estate

| | | | | | |
|---|---|---|---|---|---|
| 9/29/17 | Forward additional Exhibit reference at Wednesday hearing that is being placed in record (Peck state court Motion). | RRB | 0.10 | 52.50 | |
| 9/29/17 | Email from J. Dan adding 506(c) waiver language to sale order. | RRB | 0.10 | 52.50 | |
| 9/29/17 | E-correspondence to RAB, BAB. H.W., S.P. and H.P. with explanation of 506(c) language and recommendation. | RRB | 0.20 | 105.00 | |
| 9/29/17 | Inquiry from RA whether we care about 506(c); respond explaining possibility of reduced bank claim if Debtor wasn't paying everyone in full. | RRB | 0.20 | 105.00 | |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 9.30 | 525.00 | 4,882.50 |
| Beverly A. Berneman | 6.40 | 460.00 | 2,944.00 |
| **Total** | **15.70** | | **$7,826.50** |

| | | |
|---|---|---|
| TOTAL HOURS: | 134.10 | |
| TOTAL FEES: | | $63,100.00 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 1.70 | 0.00 | 0.00 |
| Robert R. Benjamin | 58.00 | 525.00 | 30,450.00 |
| Beverly A. Berneman | 65.20 | 460.00 | 29,992.00 |
| Matthew P. Bachochin | 1.00 | 320.00 | 320.00 |
| Anthony J. D'Agostino | 2.20 | 340.00 | 748.00 |
| Neil P. Johnson | 6.00 | 265.00 | 1,590.00 |
| **Total** | **134.10** | | **$63,100.00** |

| | |
|---|---|
| **INVOICE TOTAL:** | **$63,100.00** |

**ROBERT A. BORON, LTD.**
**33 N. LaSalle Street, Ste. 3200**
**Chicago, Illinois 60602**
**Phone: (312) 263-7825**
**Fax: (312) 263-7830**
**E-Mail: rab@boronlaw.com**

Weitzman Realty
P.O. Box 87655
Chicago IL 60680

Page: 1
07/31/2017
ACCOUNT NO: 130-17153M
STATEMENT NO:          1

Walden Investment Group Receivership Claim
Case No. 17 B 120230

*Requested — $11,490.00*
*(5) Duplication of Services*
*※ Never appears in Court.*

| | | HOURS |
|---|---|---|
| 06/30/2017 | Review of motion to lift stay filed by Steve Peck. | .50 |
| | Legal research on pre-petition receiverships and process of getting administrative claim approved. | 1.00 |
| 07/05/2017 | Research of law on standard of proof for pre-petition receiver getting expenses and fees approved. | .40 |
| | Research into attorneys for Montemurro and attorney proposed by Steve Peck to handle case. | .30 |
| | Conference call with Howard Weitzman and Howard Powers on moving forward with Bob Benjamin and attempting to get receivership issue remanded to state court for adjudication. | .50 |
| | Telephone conversation with Bob Benjamin confirming 3:30 conference call with Howard Weitzman. | .10 |
| | Downloading pertinent pleadings from the bankruptcy court docket and emailing to Bob. | .80 |

*(5) Duplication*

**EXHIBIT**
**9**

Conference call with Howard Weitzman and Bob Benjamin discussing pending motion, status of receivership and discussing strategy for moving forward in bankruptcy case. .70

Preparation of email on strategy to Steve Peck on conference call .30

Sending documents to Bob Benjamin. .20

Downloading the building court lis pendens from Chicago Title. .10

Requesting the document recording the court orders from Chicago Title representative. .20

07/10/2017  Telephone conversation with Howard on changing the engagement letter for Golan & Christie. .30

07/11/2017  Review and revision of Steve Peck's reply and emailing back to him for filing. .80

07/26/2017  Court appearance for argument on motion to lift stay to proceed with hearing on receiver's charges and certificate. 1.0

Conference with Howard and Steve after hearing .50

*(S) Notification of Service*

|  |  |  |
|---|---|---|
| Robert A. Boron | 7.70 |  |
| FOR CURRENT SERVICES RENDERED | 7.70 | 2,310.00 |
| TOTAL CURRENT WORK |  | 2,310.00 |
| BALANCE DUE |  | $2,310.00 |

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER
YOUR BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.

**ROBERT A. BORON, LTD.**
**33 N. LaSalle Street, Ste. 3200**
**Chicago, Illinois 60602**
**Phone: (312) 263-7825**
**Fax: (312) 263-7830**
**E-Mail: rab@boronlaw.com**

Weitzman Realty
P.O. Box 87655
Chicago IL 60680

Page: 1
08/31/2017
ACCOUNT NO: 130-17153M
STATEMENT NO:                    2

Walden Investment Group Receivership Claim
Case No. 17 B 120230

PREVIOUS BALANCE          $2,310.00

HOURS

| Date | Description | Hours |
|------|-------------|-------|
| 08/01/2017 | Preparation of talking points for motion to object to sale of property. | .50 |
| 08/08/2017 | Review of bankruptcy pleadings filed by Bob Benjamin's office. | .50 |
| | Conference call with Howard Weitzman and Bob Benjamin on pleadings filed and strategy moving forward. | .30 |
| 08/10/2017 | Telephone conversation with Howard on identifying trustee to continue on with tax appeal. | .10 |
| | Sending email to all parties on Howard not being able to act with regard to tax appeal due to bankruptcy filing. | .10 |
| 08/14/2017 | Review of Bob Benjamin's email regarding the reorganization plan and action to be taken to maintain Howard's position. | .30 |

(5)
Duplication
of
Service

| Date | Description | Time |
|---|---|---|
| 08/16/2017 | Court appearance for presentation of motion for administrative expense and to excuse compliance with receivership Section 523 | 1.00 |
| | Setting of briefing schedules and conference with Bob Benjamin, Howard and Steve Peck on action to be taken. | .50 |
| | Investigation to locate motion to approve sale of Berteau property not served on Benjamin. | .50 |
| | Obtaining copy of motion to approve sale of Berteau. | .10 |
| | Sending motion and email with suggested actions to all parties. | .20 |
| | Telephone conversation with Howard on possible higher value of property and on contesting Rosenzweig's bid. | .40 |
| | Emailing Bob Benjamin and Beverly Berneman on new information to be considered in connection with contesting motion to approve the contract on August 22nd. | .20 |
| 08/17/2017 | Review and revision of Objection to Sale of the Berteau Property. | .80 |
| 08/21/2017 | Telephone conversations with Howard about attending hearing to object to sale. | .40 |
| 08/22/2017 | Court appearance for motion objecting to sale. | 1.10 |
| | Discussion of strategy with Bob Benjamin and Howard after the hearing. | .70 |
| 08/25/2017 | Telephone conversation with Howard on whether recorded orders are the equivalent to the receiver's certificates. | .30 |
| 08/28/2017 | Research of law on priority of receiver over acquiscing mortgagee. | 1.70 |
| | Telephone conversation with Howard on case law in support of moving ahead of lender. | .20 |
| | Robert A. Boron | 9.90 |

*(handwritten annotation:)* (5) Duplication of Services

| | | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 9.90 | 2,970.00 |
| TOTAL CURRENT WORK | | 2,970.00 |

| | | |
|---|---|---|
| 08/24/2017 Client Payment | | -2,310.00 |

| | |
|---|---|
| BALANCE DUE | $2,970.00 |

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER YOUR
BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.

**ROBERT A. BORON, LTD.**
**33 N. LaSalle Street, Ste. 3200**
**Chicago, Illinois 60602**
Phone: (312) 263-7825
**Fax: (312) 263-7830**
E-Mail: rab@boronlaw.com

Weitzman Realty
P.O. Box 87655
Chicago IL 60680

Page: 1
09/30/2017
ACCOUNT NO: 130-17153M
STATEMENT NO:          3

Walden Investment Group Receivership Claim
Case No. 17 B 120230

PREVIOUS BALANCE     $2,970.00

HOURS

| | | |
|---|---|---|
| 09/07/2017 | Telephone conversations with Howard and Beverly on response filed by Debtors and on responding to that response and on two questions existing as to standing and as to the amount of the claim. | .60 |
| | Preparation of marked response to the Debtor's response and emailing to all parties for review. | 3.00 |
| 09/12/2017 | Revision of Reply. | 1.20 |
| | Conversation with Howard and Steve and incorporating their comments into revisions andemailing to Beverly. | .50 |
| 09/18/2017 | Review of Bob Benjamin's memo on status of the case. | .40 |
| | Conversation with Bob on clarification of issues and questions remaining. | .30 |
| | Conversation with Howard on clarifications regarding memo and status of case. | .80 |

*(handwritten annotation: "(5) Duplication of Services")*

|            | Preparation of memo with issues for conference call to be held on September 19th. | .80 |
| 09/19/2017 | Conference call with Howard, Anna, Bob Benjamin, Beverly Berneman and Steve Peck on status of case and discussion of strategy for proceeding. | 1.30 |
| 09/27/2017 | Preparation for court and court appearance for hearing on motion to adjudicate administrative claim. | .90 |
|            | Conference with Howard, Bob Benjamin and Steve Peck post-hearing. | .80 |
| 09/29/2017 | Review of emails regarding drafting of the order approving sale of Berteau and review of order. | .40 |

*(handwritten: (s) Duplication of services)*

|                  | Robert A. Boron              | 11.00 |          |
| FOR CURRENT SERVICES RENDERED |                 | 11.00 | 3,300.00 |
| TOTAL CURRENT WORK            |                 |       | 3,300.00 |
| 09/12/2017 | Client Payment                   |       | -2,970.00 |
| BALANCE DUE |                                 |       | $3,300.00 |

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER YOUR
BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.

**ROBERT A. BORON, LTD.**
**33 N. LaSalle Street, Ste. 3200**
**Chicago, Illinois 60602**
**Phone: (312) 263-7825**
**Fax: (312) 263-7830**
**E-Mail: rab@boronlaw.com**

|  |  |
|---|---|
| | Page: 1 |
| Weitzman Realty | 10/31/2017 |
| P.O. Box 87655 | ACCOUNT NO: 130-17153M |
| Chicago IL 60680 | STATEMENT NO:        4 |

Walden Investment Group Receivership Claim
Case No. 17 B 120230

| | |
|---|---|
| PREVIOUS BALANCE | $3,300.00 |

| | | HOURS |
|---|---|---|
| 10/03/2017 | Review of pleadings. | .20 |
| | Conversation with Bob Benjamin and sending email regarding coordinating final comments into pleading. | .20 |
| 10/06/2017 | Review of Beverly's email and responding regarding issuance of a receiver's certificate. | .40 |
| | Conversation with Howard on Beverly's inquiry. | .10 |
| 10/11/2017 | Review and revision of Beverly's response to FNB's motion to dismiss adversary complaint. | 1.20 |
| 10/12/2017 | Review and revision of response to First Natio's Bank motion to dismiss and Debtor's motion to dismiss. | 1.10 |
| | Conversations with Howard and with Beverly, specifically as to res judicata argument. | .30 |

(5)
Duplication
of
Services

Robert A. Boron                                      3.50

FOR CURRENT SERVICES RENDERED          3.50        1,050.00

TOTAL CURRENT WORK                                 1,050.00

10/25/2017    Client Payment                       -3,300.00

BALANCE DUE                                       $1,050.00

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER YOUR
BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.

**ROBERT A. BORON, LTD.**
33 N. LaSalle Street, Ste. 3200
Chicago, Illinois 60602
Phone: (312) 263-7825
Fax: (312) 263-7830
E-Mail: rab@boronlaw.com

Weitzman Realty
P.O. Box 87655
Chicago IL 60680

Page: 1
11/30/2017
ACCOUNT NO: 130-17153M
STATEMENT NO:           5

Walden Investment Group Receivership Claim
Case No. 17 B 120230

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,050.00 |

|  |  | HOURS |  |
|---|---|---|---|
| 11/01/2017 | Court appearance for hearing on adversary complaint, on decision for administrative claim; continued to December 13th. | .90 | |
| | Conference with Howard, Steve and Bob Benjamin. | .60 | |
| | Robert A. Boron | 1.50 | |
| | FOR CURRENT SERVICES RENDERED | 1.50 | 450.00 |
| | TOTAL CURRENT WORK | | 450.00 |
| | BALANCE DUE | | $1,500.00 |

*(handwritten) (S) Application of Services*

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER YOUR
BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.

**ROBERT A. BORON, LTD.**
**33 N. LaSalle Street, Ste. 3200**
**Chicago, Illinois 60602**
**Phone: (312) 263-7825**
**Fax: (312) 263-7830**
**E-Mail: rab@boronlaw.com**

|  |  |
|---|---|
| | Page: 1 |
| Weitzman Realty | 12/31/2017 |
| P.O. Box 87655 | ACCOUNT NO: 130-17153M |
| Chicago IL 60680 | STATEMENT NO:        6 |

Walden Investment Group Receivership Claim
Case No. 17 B 120230

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,500.00 |

|  |  | HOURS |
|---|---|---|
| | | |
| 12/13/2017 | Court appearance for decision on administrative claim and adversary motions to dismiss; continued to January 17, 2018. | 1.50 |
| 12/22/2017 | Review of court's order and ruling | .20 |
| | Conversation with Howard on implications of ruling. | .60 |
| 12/23/2017 | Preparation of response to judge's ruling and emailing it to all parties for comment. | 40 |
| 12/26/2017 | Telephone conversation with Howard discussing use of mechanic's lien exception to avoid extinguishment of receiver's lien. | .50 |
| | Robert A. Boron | 3.20 |

(s) Duplication of Services

|                               | HOURS |          |
| ----------------------------- | ----- | -------- |
| FOR CURRENT SERVICES RENDERED | 3.20  | 960.00   |
| TOTAL CURRENT WORK            |       | 960.00   |
| BALANCE DUE                   |       | $2,460.00 |

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER YOUR
BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.

**ROBERT A. BORON, LTD.**
33 N. LaSalle Street, Ste. 3200
Chicago, Illinois 60602
Phone: (312) 263-7825
Fax: (312) 263-7830
E-Mail: rab@boronlaw.com

Weitzman Realty
P.O. Box 87655
Chicago IL 60680

Page: 1
01/31/2018
ACCOUNT NO: 130-17153M
STATEMENT NO:              7

Walden Investment Group Receivership Claim
Case No. 17 B 120230

|  | PREVIOUS BALANCE | $2,460.00 |
|---|---|---|

HOURS

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/17/2018 | Court appearance for status hearing; continued to February 14th. | .50 | |
| | Conversation with Arden, Steve Peck and Bob Benjamin on events in court and discussing potential for acquiring Berteau property. | 1.00 | |
| | Robert A. Boron | 1.50 | |
| | FOR CURRENT SERVICES RENDERED | 1.50 | 450.00 |
| | TOTAL CURRENT WORK | | 450.00 |
| | BALANCE DUE | | $2,910.00 |

*(handwritten annotation: (5) Duplication of services)*

WOULD YOU LIKE TO GO PAPERLESS? IF YOU'D PREFER YOUR
BILL SENT VIA E-MAIL, JUST EMAIL US AT
RAB@BORONLAW.COM AND LET US KNOW.